IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                    Case No. 4:14-CR-00135-BSM-3

BOBBY WELLS                                                                 DEFENDANT

## ORDER

Bobby Wells's *pro se* motion for compassionate release [Doc. No. 201] is denied because he has not exhausted his administrative remedies, per 18 U.S.C. § 3582(c)(1)(A). *See United States v. Smith*, case number 4:95-CR-00019-LPR-4, Doc. No. 440 (E.D. Ark. May 14, 2020) (jurisdiction only after exhausting administrative remedies).

IT IS SO ORDERED this 30th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE